

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2019

No. 04-19-00399-CR

Kurt Wayne **LOPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 566384
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Appellant's counsel has noted there are items missing from the clerk's record. Specifically, appellant's counsel states, "a review of the docket sheet does indicate that the defense counsel e-filed two documents on May 23, 2019," which include a Motion for Speedy Trial with a memorandum of law attached. We **ORDER** the trial court clerk to file a supplemental clerk's record containing the two documents e-filed two on May 23, 2019, within 10 days of this order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk